UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:17-cr-89-FtM-29CM

JOSE IVAN MENDEZ-MONTALVO

_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion to Vacate Order of Detention (Doc. #15) filed on August 29, 2017. The Court previously granted defendant's request to delay the filing of a memorandum until seven days after the filing of the transcript. (Doc. #16.) The transcript (Doc. #23) was filed on September 27, 2017, and the time to file a memorandum was extended until October 17, 2017, Doc. #26, but no memorandum has been filed.

The Court has reviewed the Order of Detention Pending Trial (Doc. #13) *de novo*. Having done so, the Court agrees with the findings of fact and conclusions of law set forth by the magistrate judge.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Vacate Order of Detention (Doc. #15) is **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this ___31st___ day of October, 2017.

```
                               _____
                               JOHN E. STEELE
                               SENIOR UNITED STATES DISTRICT JUDGE
```

Copies:
Counsel of Record